IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TYSHONDA M. JORDAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 5:15-CV-391 (CAR) |
| v. | : | |
| | : | |
| STR TRANSPORT, INC., and CHRIS JIN LEE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER ON MOTION TO QUASH PORTIONS OF SUBPOENA

Before the Court is Plaintiff Tyshonda Jordan's Motion to Quash portions of Defendants' subpoena to produce documents from the Pathways Center based on Georgia's mental health privilege. On June 24, 2016, the Court entered an Order finding the requested documents discoverable to the extent they do not contain privileged communications.[1] The Court, however, deferred ruling on the Motion and directed Plaintiff's counsel to highlight the portions Plaintiff believes are privileged and submit the documents for an *in camera* review.

The Court has conducted its *in camera* review and finds the highlighted portions of the submitted documents are privileged communications under Georgia law.[2]

---

[1] [Doc. 26].
[2] *See* O.C.G.A. § 24-5-501(a). *See also Cooksey v. Landry*, 295 Ga. 430, 432-33 (2014) (noting "[c]ommunications between certain mental health providers, including communications between

1

Accordingly, Plaintiff's Motion to Quash [Doc. 19] is **GRANTED IN PART** and **DENIED IN PART**.  As set forth in the previous Order, the Motion is **DENIED** as to all non-privileged portions of the documents.  The Motion to Quash is **GRANTED** as to all the portions highlighted by Plaintiff.

Also before the Court is Defendants' Motion to Amend Answers.  Defendants STR Transport, Inc. and Chris Jin Lee seek leave to file Amended Answers pursuant to Federal Rule of Civil Procedure 15(a)(2).  Plaintiff has consented in writing to the proposed amendments.  Thus, Defendants' Motion [Doc. 29] is **GRANTED**.

**SO ORDERED**, this 18th day of October, 2016.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, JUDGE  
UNITED STATES DISTRICT COURT

---

psychiatrists and patients, are . . . protected from disclosure").